UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| AARON BANKS | * | CIVIL ACTION |
| --- | --- | --- |
|  | * |  |
| VERSUS | * | NO. |
|  | * |  |
| ALLIANCE OFFSHORE, L.L.C. | * | SECT.   MAG. |
| AND APACHE CORPORATION | * | JUDGE |
| (OF DELAWARE) | * | MAGISTRATE |

**COMPLAINT FOR DAMAGES**

The complaint of Aaron Banks, an individual of the full age of majority, represents:

1.

Made a party defendant herein, is Alliance Offshore, L.L.C., a domestic limited liability company authorized to do and doing business in the State of Louisiana, with its principal place of business located in Larose, Louisiana.

2.

Made a party defendant herein, is Apache Corporation (Of Delaware), a foreign corporation authorized to do and doing business in the State of Louisiana, with its principal business established in Louisiana located in Lafayette, Louisiana.

3.

This claim arises under the General Maritime Law of the United States. Jurisdiction over this complaint exists under 28 U.S.C. § 1333(1).

1

4.

On or about June 23, 2022, Plaintiff Aaron Banks was employed by Diverse Safety & Scaffolding aboard the L/B NASHVILLE owned and operated by Alliance Offshore, L.L.C., which at all times relevant to this action was located on navigable waters of the Gulf of Mexico, when he was injured when an employee of Apache Corporation (Of Delaware), unprovokedly, physically bumped plaintiff into a piece of furniture secured to the floor of the L/B NASHVILLE.

5.

Plaintiff, Aaron Banks, asserts that the cause of the aforementioned accident was, <u>inter</u> <u>alia</u>, the negligence of the defendants, Alliance Offshore, L.L.C. and Apache Corporation (Of Delaware).

6.

The incident and injuries resulting therefrom which will be specified hereinafter, were proximately and legally caused by the fault, including the negligence of the Defendants, Alliance Offshore, L.L.C. and Apache Corporation (Of Delaware), for failure to supervise their agent, representative and employee.

7.

Aaron Banks was caused to sustain severe and painful personal injuries to the bones, muscles, ligaments, tendons, nerves, blood vessels, and other structures of his back and other parts of his body including, but not limited to, his nervous system and psyche.

8.

As a result of the foregoing, Aaron Banks was caused severe physical pain and keen mental anguish; he has required medical care and treatment for his injuries and the residuals thereof; he has incurred medical and related expenses, he has required, medical and related care, and he may require surgery, and his condition may continue, worsen or become permanent.

9.

At all times pertinent hereto, Aaron Banks, acted in a careful and prudent manner and did not provoke the incident, but the incident occurred solely through the negligence and fault of Defendants, Alliance Offshore, L.L.C. and Apache Corporation (Of Delaware) and their agent, representative and employee.

10.

Plaintiff claims entitlement to an award of such damages as is reasonable in the premises for the following elements of damage:

A. Past, present, and future pain and suffering;

B. Past, present and future mental anguish;

C. Past, present, and future loss of life's pleasures, including loss of ability to engage in and activities;

D. Past, present and future medical expenses and related expenses;

E. Past, present and future disabilities and/or residual and permanent physical impairment;

F. Future loss of wage earning capacity;

G. Any other element(s) of damage to which Plaintiff may prove entitlement to in law or in equity.

**WHEREFORE**, Aaron Banks prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendants, Alliance Offshore, L.L.C. and Apache Corporation (Of Delaware), directing it to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Aaron Banks, and against the Defendants, Alliance Offshore, L.L.C. and Apache Corporation (Of Delaware), for damages in an amount reasonable under the circumstances of this cause, together with legal interest from date of occurrence and for all costs of these proceedings;

Plaintiff further prays for all general and equitable relief which the justice of the cause may require and to which they may otherwise be entitled and that all experts' fees be taxed as costs.

Respectfully submitted:

MORRIS BART, LLC
ATTORNEYS FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
EMAIL: sjohnson@morrisbart.com

BY:   /s/ *Stephen J. Johnson*
  _____
  STEPHEN J. JOHNSON, Bar #22439